

**COURT OF APPEALS FOR THE**
**FIRST DISTRICT OF TEXAS AT HOUSTON**

ORDER

Appellate case name:     UV Logistics, LLC d/b/a United Vision Logistics v. James Mark Patsfield, III

Appellate case number:    01-20-00191-CV

Trial court case number:  2015-69907

Trial court:              295th District Court of Harris County

The parties have filed a joint motion to adopt briefing schedule and for leave to assert cross-points in appellee's brief. The motion is GRANTED. The briefing schedule in this case shall be as follows:

    a.  Appellant/Cross-Appellee's opening brief as Appellant shall be due 60 days after the filing of the court reporter's record with a 15,000 word limit;

    b.  Appellee/Cross-Appellant's brief as Appellee shall be due 60 days after Appellant/Cross-Appellee's opening brief is filed with a 22,500 word limit;

    c.  Appellant/Cross-Appellee's combined reply brief as Appellant/response to Appellee/Cross-Appellant's cross appeal shall be due 30 days after Appellee/Cross-Appellant's brief is filed with a 22,500 word limit; and

    d.  Appellee/Cross-Appellant's reply brief as cross-appellant shall be due 20 days after Appellant/Cross-Appellee's combined reply brief as Appellant/Response to Appellee/Cross-Appellant's cross-appeal is filed with a 7,500 word limit.

It is so ORDERED.

Judge's signature: _____/s/ Sarah B. Landau_____
                                 Acting individually

Date: ___April 23, 2020_____